ACCEPTED
06-17-00212-cr
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/30/2017 1:39 PM
DEBBIE AUTREY
CLERK

## NO. 06-17-00212-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **SIXTH COURT** |
| | § | |
| **KENDRIC RENELL BRACKEN** | § | **OF APPEALS** |
| | § | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

11/30/2017 1:39:20 PM

DEBBIE AUTREY
Clerk

## MOTION TO SUBSTITUTE COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Craig A. Fletcher, Movant and attorney of record for Defendant, KENDRIC RENELL BRACKEN, and brings this Motion to Substitute Counsel and in support thereof shows:

1.     Movant was attorney of record for Defendant in the trial of this cause, and desires to withdraw from this cause.

2.     Such withdrawal is sought in order to permit Jason Cassle to be substituted as counsel of record for Defendant.  The mailing address, fax number and State Bar of Texas identification number for Jason Cassle are as follows:

> P.O. Box 2649
> Longview, Texas 75606
> (903) 758-7397fax
> Texas State Bar No. 24006970

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court allow Craig A. Fletcher to withdraw as counsel for KENDRIC RENELL

BRACKEN and from any further representation of KENDRIC RENELL BRACKEN, and permit Jason Cassle to be substituted as counsel of record herein.

Respectfully submitted,

Craig A. Fletcher
109 W. Austin St.
Marshall, TX 75670
Tel: (903) 503-7676
Fax: (903) 503-7680

By: _____
Craig A. Fletcher
State Bar No. 00792506
craig@craigfletcherlaw.com
Attorney for KENDRIC RENELL BRACKEN

## CERTIFICATE OF SERVICE

This is to certify that on November 30, 2017, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harrison County, Texas, by electronic service through the Electronic Filing Manager.

_____
Craig A. Fletcher